IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 10-cv-00719-RPM-MJW

DAVID KROB,

Plaintiff(s),

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Defendant Hartford Life and Accident Insurance Company's Unopposed Motion for Leave for Its Representative to Participate Telephonically in Settlement Conference (docket no. 8) is GRANTED finding no objection by Plaintiff. Defendant Hartford's representative Sandra Davis shall be available by telephone to participate in the settlement conference set on September 2, 2010, at 1:30 p.m.

Date: July 21, 2010