IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-00719-RPM

DAVID KROB,

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendant.

---

ORDER FOR DISMISSAL

---

Pursuant to the Joint Stipulation for Dismissal [18] filed today, it is

ORDERED that this action is dismissed with prejudice with the parties to bear their own legal fees and costs.

Dated: November 19th, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge